UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| COACH, INC. AND COACH SERVICES, INC., | | |
| **Plaintiffs,** | | |
| **v.** | | **Civil Action No. 5:11-cv-00185-XR** |
| D 4 L APPAREL, DRESS 4 LESS FASHIONS, MICHAEL WAYNE IVORY, AND JOSETTE BELLINGER, **Defendants.** | | |

## PLAINTIFFS' REPORT ON ALTERNATIVE DISPUTE RESOLUTION

Pursuant to the Court's Scheduling Order of July 27, 2011 (Dkt. No. 16), Plaintiffs Coach, Inc. and Coach Services, Inc. (collectively, "Coach"), through their undersigned counsel, Fish & Richardson P.C., hereby file this Report on Alternative Dispute Resolution, and would respectfully show the following:

I.

1.      The parties have exchanged settlement offers and are continuing to negotiate. Kaaren Shalom, as outside counsel for Plaintiffs, is responsible for settlement negotiations for Coach.  Tyler Rutherford, as counsel for Defendants, is responsible for settlement negotiations on behalf of Defendants.

2.      Plaintiffs have been advised of the ADR procedures available in this district, and believe that mediation is appropriate for this case.  The parties have not agreed on a mediator.

3.      Plaintiffs will agree to the investigation of the availability of pro bono or discounted mediation services in the San Antonio area in consideration of anticipated cost concerns by Defendants.

Dated:  October 6, 2011     Respectfully submitted,

            **FISH & RICHARDSON P.C.**

            By: /s/ *Natalie L. Arbaugh*
               Natalie L. Arbaugh
               Attorney-in-Charge
               nla@fr.com
               Texas Bar No. 24033378
               1717 Main Street, Suite 5000
               Dallas, Texas  75201
               (214) 747-5070
               (214) 747-2091 - facsimile

            **ATTORNEY FOR PLAINTIFFS**
            **COACH, INC. AND COACH SERVICES, INC.**

<u>**CERTIFICATE OF SERVICE**</u>

    The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.  All others will be served via Certified Mail, Return Receipt Requested.

    *Via CM/ECF System*
    S. Tyler Rutherford
    Daniel R. Rutherford
    The Rutherford Law Firm, PLLC
    923 South Alamo, Suite 2
    San Antonio, TX 78205
    (210) 225-4200
    (210) 225-4495 - facsimile

            /s/ *Natalie L. Arbaugh*
            Natalie L. Arbaugh